FILED

FEB 09 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:23 CR 0069 |
| v. | ) | Title 18, United States Code, |
| SHANIA JOHNSON, | ) | Sections 922(a)(6) and 924(a)(2) |
| | ) | **JUDGE NUGENT** |
| Defendant. | ) | |

COUNT 1

(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

1. From on or about March 5, 2021 to on or about March 11, 2021, in the Northern District of Ohio, Eastern Division, Defendant SHANIA JOHNSON, in connection with the acquisition of firearms, to wit: Glock, Model 19 Gen 5, 9mm caliber pistol, Serial Number BSCT781, from D&A Armory LLC, 34990 East Royalton Road, Grafton, Ohio 44044, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that she was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

2. From on or about April 2, 2021 to on or about April 8, 2021, in the Northern District of Ohio, Eastern Division, Defendant SHANIA JOHNSON, in connection with the acquisition of firearms, to wit: Glock, Model 43X, 9mm caliber pistol, Serial Number BSDX067, from Summit Armory, 2417 N. Cleveland-Massillon Rd, Akron, Ohio 44333, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that she was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3

(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

3. From on or about May 27, 2021 to on or about June 3, 2021, in the Northern District of Ohio, Eastern Division, Defendant SHANIA JOHNSON, in connection with the acquisition of firearms, to wit: Glock, Model G19, 9mm caliber pistol, Serial Number AFKF127, from Summit Armory, 2417 N. Cleveland-Massillon Rd, Akron, Ohio 44333, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to

the lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that she was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 4

(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

4. From on or about June 29, 2021 to on or about July 3, 2021, in the Northern District of Ohio, Eastern Division, Defendant SHANIA JOHNSON, in connection with the acquisition of a firearm, to wit: Glock, Model G22Gen5, .40 caliber pistol, Serial Number BTER939, from Summit Armory, 2417 N. Cleveland-Massillon Rd, Akron, Ohio 44333, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that she was the actual buyer of said firearm, when in fact, she was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 5

(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

5. From on or about July 15, 2021 to on or about July 22, 2021, in the Northern District of Ohio, Eastern Division, Defendant SHANIA JOHNSON, in connection with the acquisition of firearms, to wit: Glock, Model G21SF, .45ACP caliber pistol, Serial Number BFAT772, from Summit Armory, 2417 N. Cleveland-Massillon Rd, Akron, Ohio 44333, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that she was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

10. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 5 are incorporated herein by reference. As a result of the foregoing offenses, Defendant SHANIA JOHNSON, shall forfeit to the United States all firearms and ammunition involved in, or used in the commission of the federal firearms violations charged herein.

A TRUE BILL.

Original document- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.